KATHRYN N. NESTER, Federal Public Defender (#13967)
ROBERT L. STEELE, Assistant Federal Defender (#5546)
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah    84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ROBERT PENMAN,<br><br>Defendant. | **DEFENDANT'S RESPONSE TO THE PRESENTENCE REPORT**<br><br>Case No.   1:15 CR 57 RJS<br><br>Honorable Robert J. Shelby |

Defendant, Mark Robert Penman, by and through his counsel of record, Robert L. Steele, pursuant to Rule 32.1(b) of the Criminal Rules of Practice for the United States District Court for the District of Utah, and after reviewing the Presentence Report prepared by the United States Probation Office, hereby submits the following with respect to the Presentence Report:

### I. <u>CORRECTIONS</u>

**A.   Page 3:**   Mr. Penman's Legal Address is the same as his Residence Address, "193 North 1320 West."

B. **Paragraph 17:** Mr. Penman refers to the oil as "CBD oil" [Cannabinoid oil] only, not as THC. See paragraph 7.

C. **Paragraph 34:** Mr. Penman was pulled over by Trooper Stohel in 2000, not 2001.

## II. REQUESTED ADDITIONS

A. **Paragraph 10** [Please add to the end of the paragraph the following]: A woman, for whom Mark had done some work, Janel Galieti, asked Mark to take the rifles and keep them for her. She had been threatened by some people and feared that she was going to be robbed. Mark had his daughter and her friend pick up the guns; he directed them to put the guns in the shed.

B. **Paragraph 13** [Please add to the end of the paragraph the following]: The Defendant was unaware that one of the rifles had been stolen.

C. **Paragraph 43** [Please add to the end of the paragraph the following]: The Defendant has not used meth since before he was sent to prison in 2001. The case was dismissed because the tests results were questionable.

RESPECTFULLY SUBMITTED this 22nd day of November, 2016.

    /s/ *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Defender